UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY S. HAMMETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM,<br><br>Defendant. | Case No. 21-CV-00815<br><br>Judge Solomon Oliver, Jr.<br><br>**IT IS SO ORDERED.**<br>/s/ Solomon Oliver, Jr.<br>United States District Judge<br>7/20/2021 |

## JOINT STIPULATION TO ARBITRATE

Plaintiff Kimberly S. Hammett and Defendant Charter Communications, Inc. ("Parties"), by and through their undersigned counsel, hereby stipulate to arbitrate Plaintiff's individual claims in this matter. Plaintiff waives the right to arbitrate her claims on a classwide basis. Charter contends that Spectrum terms and conditions Plaintiff accepted govern the arbitration. Plaintiff contests that she accepted Spectrum terms and conditions. Neither Party waives its right to assert that Spectrum's terms and conditions are or are not a valid and enforceable agreement between the Parties (except that Plaintiff waives class arbitration). The Parties file this stipulation to give notice to the Court of the parties' agreement to dismiss this matter and arbitrate their dispute.

The Parties also stipulate that, by July 16, 2021, Plaintiff will dismiss this matter without prejudice and, if Plaintiff chooses, submit an arbitration demand to the American Arbitration Association.

Entered into July 13, 2021, by:

1

<table>
<tr><td>

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
mbadwan@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8180

*Counsel for Plaintiff*

</td><td>

*/s/ Joseph Scott Carr*
Joseph Scott Carr (0098247)
scarr@kcozlaw.com
Ryan D. Watstein (*pro hac vice* forthcoming)
rwatstein@kcozlaw.com
Alexander Terepka (*pro hac vice* forthcoming)
aterepka@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300

*Counsel for Charter Communications, Inc.*

</td></tr>
</table>