# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY S. HAMMETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM,<br><br>Defendant. | Case No.: 1:21-cv-00815-SO<br><br>Honorable Judge Solomon Oliver, Jr. |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, KIMBERLY S. HAMMETT, and Defendant, CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal without prejudice of Plaintiff's individual claims against CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM. The parties further stipulate to the dismissal of the putative class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: July 23, 2021                                          Respectfully Submitted,

| | |
|---|---|
| KIMBERLY S. HAMMETT | CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM |
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan, Esq.<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8180<br>mbadwan@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/ Joseph Scott Carr*<br>Joseph Scott Carr (0098247)<br>scarr@kcozlaw.com<br>Ryan D. Watstein (pro hac vice forthcoming)<br>rwatstein@kcozlaw.com<br>Alexander Terepka (pro hac vice forthcoming)<br>aterepka@kcozlaw.com<br>KABAT CHAPMAN & OZMER LLP<br>171 17th Street NW, Suite 1550 |

Atlanta, Georgia 30363
Telephone: (404) 400-7300
*Counsel for Charter Communications, Inc.*