# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| KIMBERLY S. HAMMETT, individually and on behalf of all others similarly situated, | Case No.: 1:21-cv-00815-SO |
| Plaintiff, | Honorable Judge Solomon Oliver, Jr. |
| v. | **IT IS SO ORDERED.** |
| CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM, | /s/ Solomon Oliver, Jr. <br> United States District Judge <br> 7/26/2021 |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, KIMBERLY S. HAMMETT, and Defendant, CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal without prejudice of Plaintiff's individual claims against CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM. The parties further stipulate to the dismissal of the putative class claims without prejudice. Each party to bear its own attorney's fees and costs.

Dated: July 23, 2021                                  Respectfully Submitted,

| | |
|---|---|
| KIMBERLY S. HAMMETT | CHARTER COMMUNICATIONS, INC. D/B/A SPECTRUM |
| */s/ Mohammed O. Badwan* | |
| Mohammed O. Badwan, Esq. | */s/ Joseph Scott Carr* |
| Sulaiman Law Group, Ltd. | Joseph Scott Carr (0098247) |
| 2500 S. Highland Ave., Suite 200 | scarr@kcozlaw.com |
| Lombard, IL 60148 | Ryan D. Watstein (pro hac vice forthcoming) |
| Phone: (630) 575-8180 | rwatstein@kcozlaw.com |
| mbadwan@sulaimanlaw.com | Alexander Terepka (pro hac vice forthcoming) |
| *Counsel for Plaintiff* | aterepka@kcozlaw.com |
| | KABAT CHAPMAN & OZMER LLP |
| | 171 17th Street NW, Suite 1550 |

Atlanta, Georgia 30363
Telephone: (404) 400-7300
*Counsel for Charter Communications, Inc.*